IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JEREMY THORNTON, | * |
| Plaintiff, | * |
| v. | *   CV 621-057 |
| TRISURA SPECIALTY INSURANCE COMPANY; NO LIMIT COURIERS, LLC; and DARRYL BUTLER, | * |
| Defendants. | * |

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 31.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA